# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2014

## NO. 03-13-00705-CV

**John E. Rodarte, Sr., Appellant**

**v.**

**The State of Texas, Department of Family and Protective Services and
Judge Mary Roman, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on September 17, 2013. Having reviewed the record, the Court holds that John E. Rodarte, Sr. has not prosecuted his appeal and that the appeal is therefore subject to dismissal. The Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.